**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: MARTHA BELL, | ) Bankruptcy No. 18-23089 GLT |
| | ) |
| Debtor. | ) Chapter 13 |
| | ) |
| MARTHA BELL, | ) Docket No. 19 |
| | ) Related to Docket No. |
| Movant, | ) |
| | ) |
| vs. | ) |
| | ) |
| NO RESPONDENTS. | ) |

**PROOF OF INCOME**

    I, Martha Bell, do hereby affirm that my sole source of income is $2,100.00 per month from social security and $700.00 per month from pension.

                                     /s/ Martha Bell
                                     Martha Bell