**Form RSC13**

# United States Bankruptcy Court

WESTERN DISTRICT OF PENNSYLVANIA

**ORDER AND RESCHEDULED MEETING NOTICE**
NOTICE COMMENCEMENT OF CASE UNDER CHAPTER 13
OF THE BANKRUPTCY CODE
MEETING OF CREDITORS, AND FIXING OF DATES
**Case No. 18−23089−GLT**

In re: Debtor(s) (name(s) used by the debtor(s) in the last 6 years, including married, maiden, trade, and address):
    Martha Bell
    aka Martha A. Fenchak Bell
    204 Castle Drive
    West Mifflin, PA 15122

Social Security No.:
    xxx−xx−5887

Employer's Tax I.D. No.:

| | |
|---|---|
| NAME/ADDRESS OF ATTORNEY FOR DEBTOR<br>Rodney D. Shepherd<br>River Park Commons<br>2403 Sidney Street, Suite 208<br>Pittsburgh, PA 15203<br>Telephone number: 412−471−9670 | NAME/ADDRESS OF TRUSTEE<br>Ronda J. Winnecour<br>Suite 3250, USX Tower<br>600 Grant Street<br>Pittsburgh, PA 15219<br>Telephone number: 412−471−5566 |
| DATE/TIME/LOCATION OF MEETING OF CREDITORS<br>November 5, 2018<br>11:00 AM<br>3251 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219 | CONFIRMATION HEARING DATE/TIME/LOC<br>November 5, 2018<br>11:00 AM<br>3251 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219 |

**ON AFFIDAVIT OF DEFAULT BY TRUSTEE, FAILURE OF THE DEBTOR(S) TO APPEAR AT THE MEETING OF CREDITORS WILL RESULT IN DISMISSAL OF THE CASE WITHOUT FURTHER NOTICE OR HEARING.**

Dated: 10/4/18

BY THE COURT

Gregory L. Taddonio
Judge

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                          Case No. 18-23089-GLT
Martha Bell                                                     Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2          User: lkat              Page 1 of 2              Date Rcvd: Oct 04, 2018
                              Form ID: rsc13          Total Noticed: 21

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 06, 2018.
db            +Martha Bell,    204 Castle Drive,    West Mifflin, PA 15122-2931
14891709     ++BANK OF AMERICA,     PO BOX 982238,    EL PASO TX 79998-2238
               (address filed with court: Bank of America,     P.O. Box 982238,    El Paso, TX 79998-2235)
14891713      Dollar Savings,     3 Gateway Center,    Pittsburgh, PA 15222
14891714     +KML Law Group,    Suite 5000,    BNY Independence Center,    701 Market Street,
               Philadelphia, PA 19106-1541
14903518      People's Natureal Gas,    P.O. Box 644760,    Pittsburgh, PA  15264-4760
14921206     +Peoples Natural Gas Company LLC,     c/o S. James Wallace, P.C.,    845 N. Lincoln Avenue,
               Pittsburgh, PA 15233-1828
14924322      UPMC Health Services,    PO Box 1123,    Minneapolis MN 55440-1123
14924337      UPMC Physician Services,     PO Box 1123,    Minneapolis MN 55440-1123

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg           E-mail/Text: RVSVCBICNOTICE1@state.pa.us Oct 05 2018 01:55:47     Pennsylvania Dept. of Revenue,
               Department 280946,    P.O. Box 280946,    ATTN: BANKRUPTCY DIVISION,
               Harrisburg, PA  17128-0946
cr           +E-mail/Text: kburkley@bernsteinlaw.com Oct 05 2018 01:56:33      Duquesne Light Company,
               c/o Bernstein-Burkley, P.C.,    707 Grant Street, Suite 2200, Gulf Tower,
               Pittsburgh, PA 15219-1945
14924187     +E-mail/Text: g20956@att.com Oct 05 2018 01:56:27      AT&T Mobility II LLC,
               %AT&T SERVICES INC.,    KAREN A. CAVAGNARO  PARALEGAL,    ONE AT&T WAY, SUITE 3A104,
               BEDMINSTER, NJ. 07921-2693
14891710     +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Oct 05 2018 02:11:10
               Capital One/Dress Barn,    P.O. Box 30258,    Salt Lake City, UT 84130-0258
14891711      E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Oct 05 2018 01:55:35
               Comenity Bank/Victoria's Secrets,    P.O. Box 182789,    Columbus, OH 43218-2789
14891712      E-mail/PDF: creditonebknotifications@resurgent.com Oct 05 2018 02:11:42     Credit One Bank,
               P.O. Box 98872,    Las Vegas, NV 89193-8872
14903516      E-mail/Text: kburkley@bernsteinlaw.com Oct 05 2018 01:56:32      Duquesne Light,
               Payment Processing Center,    Pittsburgh, PA  15267-0001
14891715     +E-mail/Text: bknotification@loandepot.com Oct 05 2018 01:56:42      LoanDepot.com,
               26642 Towne Center,    Foothill Ranch, CA 92610-2808
14891716     +E-mail/Text: bankruptcydpt@mcmcg.com Oct 05 2018 01:56:03      Midland Funding,
               2365 Northside Drive,    Suite 300,    San Diego, CA 92108-2709
14915213     +E-mail/Text: bankruptcydpt@mcmcg.com Oct 05 2018 01:56:03      Midland Funding LLC,
               PO Box 2011,    Warren, MI 48090-2011
14891717     +E-mail/PDF: cbp@onemainfinancial.com Oct 05 2018 02:12:04      One Main Financial,
               6801 Colwell Blvd.,    Care Department,    Irving, TX 75039-3198
14891719     +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Oct 05 2018 01:55:16
               Verizon,    500 Technology Drive,    Suite 300,    Weldon Spring, MO 63304-2225
14922868      E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Oct 05 2018 02:11:58     Verizon,
               by American InfoSource as agent,    PO Box 248838,    Oklahoma City, OK  73124-8838
                                                                                              TOTAL: 13

               ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr             Cenlar FSB as servicer for LOANDEPOT.COM, LLC
14891718       Peoples Natural Gas
cr*          +Peoples Natural Gas Company LLC,    c/o S. James Wallace, P.C.,    845 N. Lincoln Ave.,
               Pittsburgh, PA 15233-1828
                                                                                TOTALS: 2, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 06, 2018                              Signature:  /s/Joseph Speetjens

```
District/off: 0315-2            User: lkat              Page 2 of 2             Date Rcvd: Oct 04, 2018
                                Form ID: rsc13          Total Noticed: 21
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 4, 2018 at the address(es) listed below:
              James   Warmbrodt    on behalf of Creditor   Cenlar FSB as servicer for LOANDEPOT.COM, LLC
               bkgroup@kmllawgroup.com
              Keri P. Ebeck    on behalf of Creditor   Duquesne Light Company kebeck@bernsteinlaw.com,
               DMcKay@bernsteinlaw.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Rodney D. Shepherd    on behalf of Debtor Martha  Bell rodsheph@cs.com
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              S. James Wallace    on behalf of Creditor   Peoples Natural Gas Company LLC sjw@sjwpgh.com,
               Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com
                                                                                            TOTAL: 6
```