**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

```
IN RE: MARTHA BELL AKA MARTHA  ) 18-23089 GLT
       A. FENCHAK BELL,        )
            Debtor.            ) Chapter 13
                               )
       MARTHA BELL AKA MARTHA  ) Docket No. 34
       A. FENCHAK BELL,        ) Related to Docket No. 30, 31
            Movant,            )
                               ) Hearing Date & Time: 11/7/18 at
            vs.                )                       9:00 a.m.
                               )
       NO RESPONDENTS.         )
```

**CERTIFICATE OF NO OBJECTION REGARDING**
**Motion Authorizing Debtor to Participate**
**in $341 Meeting by Telephone**

    The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the Motion Authorizing Debtor to Participate in $341 Meeting by Telephone has been received.  The undersigned further certifies that the Court's docket in this case reviewed and no answer, objection or other responsive pleading to the Motion Authorizing Debtor to Participate in $341 Meeting by Telephone  has been received appears thereon.  Pursuant to the Hearing Notice attached with the Motion Authorizing Debtor to Participate in $341 Meeting by Telephone, objections to the Motion Authorizing Debtor to Participate in $341 Meeting by Telephone were to be filed and served no later than October 26, 2018.

    It is hereby respectfully requested that an order be entered by the Court with respect to the Motion Authorizing Debtor to Participate in $341 Meeting by Telephone.

By: /s/ Rodney D. Shepherd
Rodney D. Shepherd, Esquire
Attorney for the Debtor
PA I.D. No. 56914
rodsheph@cs.com

2403 Sidney Street
Suite 208
Pittsburgh, PA 15203
(412) 471-9670

Date: 10/29/2018