FILED
10/29/18 2:59 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: MARTHA BELL aka       MARTHA A. FENCHAK BELL,           Debtor. | ) Bankr. No. 18-23089 GLT ) ) ) Chapter 13 ) |
| MARTHA BELL aka MARTHA A. FENCHAK BELL,           Movant, vs. RONDA J. WINNECOUR, CHAPTER 13 TRUSTEE,           Respondent. | ) Docket No. 30 ) Related to Docket No. 23, 28 & 30 ) ) Hearing Date & Time: 11/7/2018 @ 9:00 a.m. ) ) ) ) ) ) ) ) |

## ORDER

AND NOW, this 29th Day of October, 2018, upon consideration of the Debtor's Motion for Authorization for Debtor to Participate in Section 341 Meeting By Telephone, it is hereby ORDERED that the Debtor is authorized to participate in her Section 341 meeting which was scheduled for October 1, 2018 and rescheduled for November 7, 2018 at 11:00, and any rescheduled Section 341 meeting via telephone.

_____
Gregory L. Taddonio     drb
United States Bankruptcy Judge

**ENTERED BY DEFAULT**

```
                          United States Bankruptcy Court
                          Western District of Pennsylvania
```

In re:                                                          Case No. 18-23089-GLT
Martha Bell                                                     Chapter 13
         Debtor

## CERTIFICATE OF NOTICE

```
District/off: 0315-2           User: lkat                  Page 1 of 1             Date Rcvd: Oct 29, 2018
                               Form ID: pdf900             Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 31, 2018.
db             +Martha Bell,    204 Castle Drive,    West Mifflin, PA 15122-2931

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                  TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 31, 2018                         Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 29, 2018 at the address(es) listed below:
              James Warmbrodt    on behalf of Creditor    Cenlar FSB as servicer for LOANDEPOT.COM, LLC
               bkgroup@kmllawgroup.com
              Keri P. Ebeck    on behalf of Creditor    Duquesne Light Company kebeck@bernsteinlaw.com,
               DMcKay@bernsteinlaw.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Rodney D. Shepherd    on behalf of Debtor Martha   Bell rodsheph@cs.com
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              S. James Wallace    on behalf of Creditor    Peoples Natural Gas Company LLC sjw@sjwpgh.com,
               Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com
                                                                                               TOTAL: 6