## IN THE UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: MARTHA BELL, | ) Bankr. No. 18-23089 GLT |
| | ) |
| Debtor. | ) Chapter 13 |
| | ) |
| RONDA J. WINNECOUR, | ) Docket No.: 47 |
| CHAPTER 13 TRUSTEE, | ) Related to Docket No. 46 |
| | ) |
| Movant, | ) |
| | ) |
| vs. | ) |
| | ) |
| MARTHA BELL, | ) Hearing Date & Time: 4/10/2019 at 11:00 a.m. |
| | ) |
| Respondent. | ) |

## CERTIFICATE OF SERVICE

I, Rodney D. Shepherd, Esquire hereby certifies that a true and correct copy of the Debtor' Response to Trustee's Oral Motion To Dismiss was served on the 22nd day of March, 2019, by electronic filing, upon the following:

Ronda J. Winnecour, Esquire
cmecf@chapter13trusteewdpa.com

By: /s/ Rodney D. Shepherd
Rodney D. Shepherd, Esquire
Attorney for the Debtor
PA I. D. No. 56914
rodsheph@cs.com
2403 Sidney Street
Suite 208
Pittsburgh, PA 15203
(412) 471-9670

Date: 3/22/2019