IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In re:                                              : Case No.:   18-23089-GLT
                                                    : Chapter:    13
Martha Bell                                         :
                                                    :
                                                    : Date:       4/10/2019
              *Debtor(s).*                          : Time:       11:00

**FILED**

APR 1 1 2019

CLERK, U.S. BANKRUPTCY COURT
WEST DIST. OF PENNSYLVANIA

## PROCEEDING MEMO

**MATTER:**   #45 - Trustee's Oral Motion to Dismiss Case
              #47 - Response filed by Debtor

              #22 - Continued Confirmation of Plan Dated 8/26/2018 (N)
              #32 - Objection filed by Cenlar FSB as Servicer
                    for Loandepot.com

**APPEARANCES:**
              Debtor:    Rodney D. Shepherd
              Trustee:   Jana Pail

**NOTES:**

Pail: 8 months have elapsed. The debtor is incarcerated and will be for more than the remaining duration of the plan. No payments have been made. The plan is not feasible. I do not believe the filing fee has been paid. The home is not necessary since she will not be living in it. I believe the debtor's will provided for her interest in the home to pass to the man who was the victim of her theft.

Shepherd: She was sentenced for, I believe, 2 to 4 years. She is 74 years old. The debtor has lived in the house for about 53 years, and all of her personal belongings are in it. She wants a stay of 60 days to retrieve her property in the event that the case is dismissed. She no longer is receiving social security. Her pension is the only income that she has, and I believe it is only $800.

Pail: The pension is $700 per month. The required plan payment would be $2,742 per month.

Court: If the debtor would like an arrangement to retrieve her personal property from the residence, it seems that is more properly an agreement to be made between her and the lender.

**OUTCOME:**

1. The Court took the Motion to Dismiss [Dkt. No. 45] under advisement (Chambers to Prepare).

**DATED:** 4/10/2019