IN THE UNITED STATES BANKRUTPCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | Case No. 18-23089-GLT |
| | Chapter 13 |
| MARTHA BELL, | |
| *Debtor.* | |
| | |
| RONDA J. WINNECOUR, trustee, | Related to Dkt. No. 45 |
| *Movant,* | |
| v. | |
| MARTHA BELL, | |
| *Respondent.* | |

**FILED**
APR 1 1 2019
CLERK, U.S. BANKRUPTCY COURT
WEST DIST. OF PENNSYLVANIA

## ORDER

This matter came before the Court upon the chapter 13 trustee's *Oral Motion to Dismiss* [Dkt. No. 45] made at a conciliation conference held on February 28, 2019. The Court held a hearing on the *Oral Motion to Dismiss* on April 10, 2019. At the hearing, Debtor's counsel indicated that Debtor was currently incarcerated and therefore had no defense to dismissal of her case. However, Debtor requested a 60-day stay of any action following dismissal in order to afford her an opportunity to have her personal property removed from her residence.

The Court must only look at the facts that are before it and act according to the terms of the Bankruptcy Code. The chapter 13 trustee has requested dismissal of Debtor's case, and no colorable defense to dismissal has been raised. Any agreement respecting a stay of activity on the part of a lender must be arranged between the parties themselves, and should not be imposed by the Court.

1. The chapter 13 trustee's *Oral Motion to Dismiss* [Dkt. No. 45] is **GRANTED**. This bankruptcy case, No. 18-23089, is dismissed without prejudice.

Dated: April 11, 2019

_____
GREGORY L. TADDONIO
UNITED STATES BANKRUTPCY JUDGE

Case Administrator to Mail to:
Debtor
Rodney Shepherd, Esq.
Ronda J. Winnecour, Esq.
Office of the U.S. Trustee

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                    Case No. 18-23089-GLT
Martha Bell                                                               Chapter 13
      Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2    User: lkat    Page 1 of 1    Date Rcvd: Apr 12, 2019
                      Form ID: pdf900    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 14, 2019.
db         +Martha Bell,    204 Castle Drive,    West Mifflin, PA 15122-2931

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                                                     TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 14, 2019                                                            Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 11, 2019 at the address(es) listed below:
        James Warmbrodt    on behalf of Creditor    Cenlar FSB as servicer for LOANDEPOT.COM, LLC
         bkgroup@kmllawgroup.com
        Keri P. Ebeck    on behalf of Creditor    Duquesne Light Company kebeck@bernsteinlaw.com,
         jbluemle@bernsteinlaw.com
        Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
        Rodney D. Shepherd    on behalf of Debtor Martha  Bell rodsheph@cs.com
        Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
        S. James Wallace    on behalf of Creditor    Peoples Natural Gas Company LLC sjw@sjwpgh.com,
         Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com
                                                                                                                                             TOTAL: 6