United States Bankruptcy Court in Western District of Pennsylvania

Martha Bell,
Petitioner

Case No. 18-23089-GLT

FILED
2019 APR 25 PM 12:38
CLERK
U.S. BANKRUPTCY COURT
PITTSBURGH

## MOTION FOR AUTOMATIC STAY OF 30 DAYS IN COURT'S DISMISSAL OF CASE

The debtor, Martha F. Bell petitions This Honorable Court for an automatic stay of 30 days from its dismissal order of April 12, 2019 to allow her to present evidence that she has sufficient assets to adhere to the repayment plan of the Court.

1) Ms. Bell is under a legal disability because of her incarceration, see Winslow v U.S. 1945 App. D.C. 79 U.S. App US 364 and 42 USC § 1983.

2) Ms. Bell, debtor believes and avers that this request would not prejudice the creditors 11 USC § 1307 (c)(1) (West 2000) as the value of the house is $200,000 and the Mortgage is $153,000.

3) Ms. Bell, debtor has appealed for Bail Pending Appeal thru her attorney Christine Selden and if granted would be immediately released.

Submitted this 19th day of April, 2019 under penalty of perjury as true and correct.

Respectfully Submitted
Martha F. Bell, Prose
Martha F. Bell, PB0149
SCI MUNCY
P.O. Box 180