Form 600

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | | |
|---|---|---|
| **Martha Bell** <br> **aka Martha A. Fenchak Bell** <br> *Debtor(s)* | : <br> : <br> : <br> : | Case No. 18−23089−GLT <br> Chapter: 13 |
| Martha Bell <br> *Movant(s),* <br> v. <br> No Respondents <br> *Respondent(s).* | : <br> : <br> : <br> : <br> : <br> : <br> : <br> : | Related to Document No. 52 <br><br> Hearing Date: 6/5/19 at 11:00 AM |

## ORDER SCHEDULING DATES FOR RESPONSE
## AND HEARING ON MOTION

  *AND NOW,* this *The 24th of April, 2019*, a *Motion For Stay in Bankruptcy Proceedings* having been filed at Doc. No. 52 by the Debtor,

  It is hereby **ORDERED, ADJUDGED and DECREED** that:

  (1) Pursuant to *Bankruptcy Rule 7004*, Counsel for the Moving Party shall ***IMMEDIATELY*** serve a copy of this *Order* and the *Motion* upon all parties from whom relief is sought, their counsel, the U.S. Trustee and all those identified on the Certificate attached to the *Motion*. Counsel for the Moving Party shall then file a *Certificate of Service*. **Failure to properly serve the Motion or file the Certificate may result in the dismissal of the Motion.**

  (2) **On or before May 15, 2019,** any **Response**, including a consent to the *Motion*, shall be filed with the Clerk's Office at U.S. Bankruptcy Court, 5414 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219 and served on the counsel for the Moving Party.

  (3) This *Motion* is scheduled for a non−evidentiary hearing on ***June 5, 2019*** at ***11:00 AM*** in Courtroom A, 54th Floor, U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219 at which time the parties and/or their counsel shall appear and the Court will dispose of the *Motion*.

  (4) If, after proper service, a Respondent fails to timely file a *Response*, the Court *may* determine that no hearing is required and accordingly enter an order by default. ***To determine if a default order has been entered, the Moving Party is directed to the Court's website at www.pawb.uscourts.gov, one day prior to the hearing. To view the calendar for Judge Gregory L. Taddonio refer to the calendar section.*** In the event a default order has been entered, the Moving Party shall ***IMMEDIATELY*** advise all affected parties. If a default order has not been entered, the parties will be *required* to appear at the hearing.

  (5) A maximum of 10 minutes has been allotted to hear this matter. Should this matter require more than 10 minutes, the parties are required to so notify the Courtroom Deputy ***IMMEDIATELY***. The Court may authorize parties or counsel of record to participate in the hearing by telephone provided arrangements are made with the Courtroom Deputy by telephone at least three (3) days prior to the hearing.

*[signature]*
Gregory L. Taddonio, Judge
United States Bankruptcy Court

cm: Martha Bell
   Rodney Shepherd, Esq.

```
                           United States Bankruptcy Court
                           Western District of Pennsylvania
In re:                                                                   Case No. 18-23089-GLT
Martha Bell                                                              Chapter 13
          Debtor
```

# CERTIFICATE OF NOTICE

```
District/off: 0315-2           User: dbas              Page 1 of 1               Date Rcvd: Apr 24, 2019
                               Form ID: 600            Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 26, 2019.
db             +Martha Bell,    204 Castle Drive,    West Mifflin, PA 15122-2931

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                 TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                 TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 26, 2019                                      Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 24, 2019 at the address(es) listed below:
              James Warmbrodt    on behalf of Creditor    Cenlar FSB as servicer for LOANDEPOT.COM, LLC
               bkgroup@kmllawgroup.com
              Keri P. Ebeck    on behalf of Creditor    Duquesne Light Company kebeck@bernsteinlaw.com,
               jbluemle@bernsteinlaw.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Rodney D. Shepherd    on behalf of Debtor Martha  Bell rodsheph@cs.com
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              S. James Wallace    on behalf of Creditor    Peoples Natural Gas Company LLC sjw@sjwpgh.com,
               Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com
                                                                                             TOTAL: 6