IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

**CASE NAME:** Martha Bell

**CASE NUMBER:** 18-23089-GLT

**RELATED TO DOCUMENT NO.** 52

**NOTICE REGARDING
NONCONFORMING DOCUMENT**

The Motion for Stay in Bankruptcy Proceedings that you submitted has been accepted for filing. However, this document fails to conform to the Bankruptcy Code, Federal Rules of Bankruptcy Procedure, and/or Local Bankruptcy Rules.

**You must file a Proposed Order within ten (10) days of the date of this notice.**

If you fail to meet this deadline, the Motion that you filed may be stricken.

This deadline does not affect any other deadlines in your bankruptcy case.

Please attach a copy of this Notice to the front of the Proposed Order that is filed in response to this Notice.

April 24, 2019                    By:    Lee Katsafanas
Date                                            Deputy Clerk

#100c-I

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                        Case No. 18-23089-GLT
Martha Bell                                                                   Chapter 13
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-2          User: lkat                  Page 1 of 1                Date Rcvd: Apr 24, 2019
                              Form ID: pdf901              Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 26, 2019.
db             +Martha Bell,    204 Castle Drive,    West Mifflin, PA 15122-2931
               +Martha Bell,    Number PB0149,    SCI-MUNCY,    PO Box 33028,    St. Petersburg, FL 33733-8028

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                 TOTAL: 0

       ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                 TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 26, 2019                                           Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 24, 2019 at the address(es) listed below:
       James Warmbrodt    on behalf of Creditor    Cenlar FSB as servicer for LOANDEPOT.COM, LLC
        bkgroup@kmllawgroup.com
       Keri P. Ebeck    on behalf of Creditor    Duquesne Light Company kebeck@bernsteinlaw.com,
        jbluemle@bernsteinlaw.com
       Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
       Rodney D. Shepherd    on behalf of Debtor Martha  Bell rodsheph@cs.com
       Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
       S. James Wallace    on behalf of Creditor    Peoples Natural Gas Company LLC sjw@sjwpgh.com,
        Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com
                                                                                               TOTAL: 6