Form 404

**UNITED STATES BANKRUPTCY COURT**          59 – 58
**WESTERN DISTRICT OF PENNSYLVANIA**          dbas

In re:                                                      Bankruptcy Case No.: 18–23089–GLT
                                                            Related to Docket No. 58
                                                            Chapter: 13
                                                            Hearing Date: 6/5/19 at 11:00 AM

**Martha Bell**
**aka Martha A. Fenchak Bell**
    Debtor(s)

**CERTIFICATE OF SERVICE OF** _____
                              **(Specify Document(s) Served)**

I certify under penalty of perjury that I served the above captioned pleading(s) on the parties at the address specified
below or on the attached list on _____.
                                  (Date)

The type(s) of service made on the parties (first class mail, electronic notification, hand delivery, or another type of
service) was: _____ .

If more than one method of service was employed, this certificate of service groups the parties by the type of service.
For example: the names and addresses of parties served by electronic notice will be listed under the heading "Service
By Electronic Notification" and those served by mail will be listed under the heading "Service by First Class Mail."

**EXECUTED ON:**

By:   _____
      (Signature)

      _____
      Typed Name

      _____
      Address

      _____
      Phone No.

      _____
      List Bar I.D. and State of Admission

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                                    Case No. 18-23089-GLT
Martha Bell                                                                               Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2          User: dbas                 Page 1 of 1               Date Rcvd: Apr 26, 2019
                              Form ID: 404               Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 28, 2019.
db              +Martha Bell,    204 Castle Drive,    West Mifflin, PA 15122-2931

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                     TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                     TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 28, 2019                              Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 26, 2019 at the address(es) listed below:
          James  Warmbrodt   on behalf of Creditor   Cenlar FSB as servicer for LOANDEPOT.COM, LLC
           bkgroup@kmllawgroup.com
          Keri P. Ebeck   on behalf of Creditor   Duquesne Light Company kebeck@bernsteinlaw.com,
           jbluemle@bernsteinlaw.com
          Office of the United States Trustee   ustpregion03.pi.ecf@usdoj.gov
          Rodney D. Shepherd   on behalf of Debtor Martha  Bell rodsheph@cs.com
          Ronda J. Winnecour   cmecf@chapter13trusteewdpa.com
          S. James Wallace   on behalf of Creditor   Peoples Natural Gas Company LLC sjw@sjwpgh.com,
           Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com
                                                                        TOTAL: 6