IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **CASE NAME:** | Martha Bell |
| **CASE NUMBER:** | 18-23089-GLT |
| **RELATED TO DOCUMENT NO.** | 52 |

## NOTICE REGARDING NONCONFORMING DOCUMENT

The Motion for Stay in Bankruptcy Proceedings that you submitted has been accepted for filing. However, this document fails to conform to the Bankruptcy Code, Federal Rules of Bankruptcy Procedure, and/or Local Bankruptcy Rules.

**You must file a Proposed Order within ten (10) days of the date of this notice.**

If you fail to meet this deadline, the Motion that you filed may be stricken.

This deadline does not affect any other deadlines in your bankruptcy case.

Please attach a copy of this Notice to the front of the Proposed Order that is filed in response to this Notice.

| | | |
|---|---|---|
| _____April 24, 2019_____ | By: | _____Lee Katsafanas_____ |
| Date | | Deputy Clerk |

#100c-I

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: MARTHA BELL AKA MARTHA A. FENCHAK BELL, | ) Bank. No. 13-21807 GLT ) ) |
| Debtor. | ) Chapter 13 ) |
| MARTHA BELL AKA MARTHA A. FENCHAK BELL, | ) ) Docket No. 66 ) Related to Docket No. 52 ) |
| vs. | ) Hearing Date & Time: 6/5/2019 )                              at 11:00 a.m. ) |
| NO RESPONDENTS. | ) |

ORDER OF COURT

AND NOW, to-wit, this _____ day of _____, 2019, it is hereby ORDERED, ADJUDGED and DECREED that the the Order dismissing the case is vacated and the Debtor shall be permitted to continue in Chapter 13 Bankruptcy and afforded the opportunity to completer her Chapter 13 Plan.

BY THE COURT:

_____
GREGORY L. TADONNIO
UNITED STATES BANKRUPTCY COURT