```
                    UNITED STATES BANKRUPTCY COURT
                    WESTERN DISTRICT OF PENNSYLVANIA

    IN RE: MARTHA BELL AKA    ) Bank. No. 13-21807 GLT
           MARTHA A. FENCHAK  )
           BELL,              )
              Debtor.         ) Chapter 13
                              )
           MARTHA BELL AKA    )
           MARTHA A. FENCHAK  ) Docket No. 67
           BELL,              ) Related to Docket No. 58
                              )
              vs.             ) Hearing Date & Time: 6/5/2019
                              )                      at 11:00 a.m.
                              )
           NO RESPONDENTS.    )
```

ORDER OF COURT

AND NOW, to-wit, this _____ day of _____, 2019, it is hereby ORDERED, ADJUDGED and DECREED that the the Dismissal Order shall be vacated and the automatic stay reinstated to permit the Debtor to present evidenced that there are sufficient assets to complete the Chapter 13 Bankruptcy.

BY THE COURT:

_____
GREGORY L. TADONNIO
UNITED STATES BANKRUPTCY COURT