Form 404

UNITED STATES BANKRUPTCY COURT    54 – 52
WESTERN DISTRICT OF PENNSYLVANIA    dbas

In re:

Bankruptcy Case No.: 18–23089–GLT
Related to Docket No. 52
Chapter: 13
Hearing Date: 6/5/19 at 11:00 AM

**Martha Bell**
**aka Martha A. Fenchak Bell**
  Debtor(s)

Docket #52

CERTIFICATE OF SERVICE OF Motion, Exhibit A, Exhibit B, Proposed Order (Docket 66)
(Specify Document(s) Served)                                                  Scheduling Order (Docket 54)

I certify under penalty of perjury that I served the above captioned pleading(s) on the parties at the address specified below or on the attached list on May 1, 2019 (Motion, Exhibit A, Exhibit B)
May 6, 2019 (Proposed Order)
(Date)

The type(s) of service made on the parties (first class mail, electronic notification, hand delivery, or another type of service) was: U.S. Mail, first class, postage pre-paid

If more than one method of service was employed, this certificate of service groups the parties by the type of service. For example: the names and addresses of parties served by electronic notice will be listed under the heading "Service By Electronic Notification" and those served by mail will be listed under the heading "Service by First Class Mail."

**EXECUTED ON:**

* Duquesne Light
  (kbeck@bernsteinlaw.com)

* Loan Depot
  (bkgroup@kmllawgroup.com)

* Peoples
  (sjw@sjwpgh.com)

* Chapter 13 Trustee
  (cmecf@chapter13trusteewdpa.com)

* Office of U.S. Trustee
  (ustpregion03.pi.ecf@usdoj.gov)

By: Rody D. Shepherd
    (Signature)
    Rodney D. Shepherd
    Typed Name

    2403 Sidney Street,
    Address
    412 471-9670
    Phone No.
    PA I.D. 56914
    List Bar I.D. and State of Admission

* The above creditors were served by electronic filing on:
Motion, Exhibit A, Exhibit B – (Docket #52) – April 22
Proposed Order – May 6 – (Docket #66)
Scheduling Order – 4/24 (Docket #54)

Label Matrix for local noticing
0315-2
Case 18-23089-GLT
WESTERN DISTRICT OF PENNSYLVANIA
Pittsburgh
Mon May  6 13:41:32 EDT 2019

Duquesne Light Company
c/o Bernstein-Burkley, P.C.
707 Grant Street, Suite 2200, Gulf Tower
Pittsburgh, PA 15219-1945

Peoples Natural Gas Company LLC
c/o S. James Wallace, P.C.
845 N. Lincoln Ave.
Pittsburgh, PA 15233-1828

2
U.S. Bankruptcy Court
5414 U.S. Steel Tower
600 Grant Street
Pittsburgh, PA 15219-2703

AT&T Mobility II LLC
%AT&T SERVICES INC.
KAREN A. CAVAGNARO  PARALEGAL
ONE AT&T WAY, SUITE 3A104
BEDMINSTER, NJ. 07921-2693

(p)BANK OF AMERICA
PO BOX 982238
EL PASO TX 79998-2238

Capital One/Dress Barn
P.O. Box 30258
Salt Lake City, UT 84130-0258

Comenity Bank/Victoria's Secrets
P.O. Box 182789
Columbus, OH 43218-2789

Credit One Bank
P.O. Box 98872
Las Vegas, NV 89193-8872

Dollar Savings
3 Gateway Center
Pittsburgh, PA 15222

Duquesne Light
Payment Processing Center
Pittsburgh, PA  15267-0001

KML Law Group
Suite 5000
BNY Independence Center
701 Market Street
Philadelphia, PA 19106-1541

LVNV Funding, LLC its successors and assigns
assignee of Bank of America, N.A.
Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587

LoanDepot.com
26642 Towne Center
Foothill Ranch, CA 92610-2808

LoanDepot.com, LLC
c/o Cenlar FSB
425 Phillips Blvd
Ewing, NJ 08618-1430

Midland Funding
2365 Northside Drive
Suite 300
San Diego, CA 92108-2709

Midland Funding LLC
PO Box 2011
Warren, MI 48090-2011

Office of the United States Trustee
Liberty Center.
1001 Liberty Avenue, Suite 970
Pittsburgh, PA 15222-3721

One Main Financial
6801 Colwell Blvd.
Care Department
Irving, TX 75039-3198

People's Natureal Gas
P.O. Box 644760
Pittsburgh, PA  15264-4760

UPMC Health Services
PO Box 1123
Minneapolis MN 55440-1123

UPMC Physician Services
PO Box 1123
Minneapolis MN 55440-1123

Verizon
500 Technology Drive
Suite 300
Weldon Spring, MO 63304-2225

Verizon
by American InfoSource as agent
PO Box 248838
Oklahoma City, OK  73124-8838

Martha Bell
204 Castle Drive
West Mifflin, PA 15122-2931

Rodney D. Shepherd
River Park Commons
2403 Sidney Street, Suite 208
Pittsburgh, PA 15203-2152

Ronda J. Winnecour
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219-2702

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Bank of America
P.O. Box 982238
El Paso, TX 79998-2235

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Cenlar FSB as servicer for LOANDEPOT.COM,    (d)Duquesne Light Company                          (u)Peoples Natural Gas
                                                c/o Bernstein-Burkley, P.C.
                                                707 Grant St., Suite 2200, Gulf Tower
                                                Pittsburgh, PA 15219-1945


(d)Peoples Natural Gas Company LLC              End of Label Matrix
c/o S. James Wallace, P.C.                      Mailable recipients    26
845 N. Lincoln Avenue                           Bypassed recipients     4
Pittsburgh, PA 15233-1828                       Total                  30