Form 404

UNITED STATES BANKRUPTCY COURT          59 – 58
WESTERN DISTRICT OF PENNSYLVANIA        dbas

In re:                                   Bankruptcy Case No.: 18-23089-GLT
                                         Related to Docket No. 58
                                         Chapter: 13
                                         Hearing Date: 6/5/19 at 11:00 AM

Martha Bell
aka Martha A. Fenchak Bell
   Debtor(s)

CERTIFICATE OF SERVICE OF  Motion (Docket 58)  Scheduling Order (Docket 59)
                 (Specify Document(s) Served)   proposed order (Docket 67)

I certify under penalty of perjury that I served the above captioned pleading(s) on the parties at the address specified below or on the attached list on  May 1, 2019 – Motion
May 6, 2019 (Proposed Order)     (Date) Scheduling Order

The type(s) of service made on the parties (first class mail, electronic notification, hand delivery, or another type of service) was: U.S. Mail, first class, postage pre-paid

If more than one method of service was employed, this certificate of service groups the parties by the type of service. For example: the names and addresses of parties served by electronic notice will be listed under the heading "Service By Electronic Notification" and those served by mail will be listed under the heading "Service by First Class Mail."

**EXECUTED ON:**

* Duquesne Light
  (kebeck.@bernsteinlaw.com)

* Chapter 13 Trustee
  (cmecf @ chapter 13
  trustee wdpa. com)

* Office of U.S.
  Trustee
  (ustp region 03.pi.
  ecf@usdoj.gov)

* Home Depot
  (bkgroup@kmllawgroup.com)

* Peoples
  (sjw@sjwpgh.com)

By: Rodney D. Shepherd
    (Signature)
    Rodney D. Shepherd
    Typed Name

    2403 Sidney St. #218 Pittsburgh, PA 15203
    Address
    412 471-9670
    Phone No.
    PA I.D. 56914
    List Bar I.D. and State of Admission

The above creditors were served electronically:

Motion – 4/25/2019 – Docket 58
Scheduling Order – 4/26/2019 – Docket 59
Proposed Order – Docket 67

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0315-2<br>Case 18-23089-GLT<br>WESTERN DISTRICT OF PENNSYLVANIA<br>Pittsburgh<br>Mon May  6 13:41:32 EDT 2019 | Duquesne Light Company<br>c/o Bernstein-Burkley, P.C.<br>707 Grant Street, Suite 2200, Gulf Tower<br>Pittsburgh, PA 15219-1945 | Peoples Natural Gas Company LLC<br>c/o S. James Wallace, P.C.<br>845 N. Lincoln Ave.<br>Pittsburgh, PA 15233-1828 |
| 2<br>U.S. Bankruptcy Court<br>5414 U.S. Steel Tower<br>600 Grant Street<br>Pittsburgh, PA 15219-2703 | AT&T Mobility II LLC<br>%AT&T SERVICES INC.<br>KAREN A. CAVAGNARO  PARALEGAL<br>ONE AT&T WAY, SUITE 3A104<br>BEDMINSTER, NJ. 07921-2693 | (p)BANK OF AMERICA<br>PO BOX 982238<br>EL PASO TX 79998-2238 |
| Capital One/Dress Barn<br>P.O. Box 30258<br>Salt Lake City, UT 84130-0258 | Comenity Bank/Victoria's Secrets<br>P.O. Box 182789<br>Columbus, OH 43218-2789 | Credit One Bank<br>P.O. Box 98872<br>Las Vegas, NV 89193-8872 |
| Dollar Savings<br>3 Gateway Center<br>Pittsburgh, PA 15222 | Duquesne Light<br>Payment Processing Center<br>Pittsburgh, PA  15267-0001 | KML Law Group<br>Suite 5000<br>BNY Independence Center<br>701 Market Street<br>Philadelphia, PA 19106-1541 |
| LVNV Funding, LLC its successors and assigns<br>assignee of Bank of America, N.A.<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 | LoanDepot.com<br>26642 Towne Center<br>Foothill Ranch, CA 92610-2808 | LoanDepot.com, LLC<br>c/o Cenlar FSB<br>425 Phillips Blvd<br>Ewing, NJ 08618-1430 |
| Midland Funding<br>2365 Northside Drive<br>Suite 300<br>San Diego, CA 92108-2709 | Midland Funding LLC<br>PO Box 2011<br>Warren, MI 48090-2011 | Office of the United States Trustee<br>Liberty Center.<br>1001 Liberty Avenue, Suite 970<br>Pittsburgh, PA 15222-3721 |
| One Main Financial<br>6801 Colwell Blvd.<br>Care Department<br>Irving, TX 75039-3198 | People's Natureal Gas<br>P.O. Box 644760<br>Pittsburgh, PA  15264-4760 | UPMC Health Services<br>PO Box 1123<br>Minneapolis MN 55440-1123 |
| UPMC Physician Services<br>PO Box 1123<br>Minneapolis MN 55440-1123 | Verizon<br>500 Technology Drive<br>Suite 300<br>Weldon Spring, MO 63304-2225 | Verizon<br>by American InfoSource as agent<br>PO Box 248838<br>Oklahoma City, OK  73124-8838 |
| Martha Bell<br>204 Castle Drive<br>West Mifflin, PA 15122-2931 | Rodney D. Shepherd<br>River Park Commons<br>2403 Sidney Street, Suite 208<br>Pittsburgh, PA 15203-2152 | Ronda J. Winnecour<br>Suite 3250, USX Tower<br>600 Grant Street<br>Pittsburgh, PA 15219-2702 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Bank of America
P.O. Box 982238
El Paso, TX 79998-2235

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Cenlar FSB as servicer for LOANDEPOT.COM,

(d)Duquesne Light Company
c/o Bernstein-Burkley, P.C.
707 Grant St., Suite 2200, Gulf Tower
Pittsburgh, PA 15219-1945

(u)Peoples Natural Gas

(d)Peoples Natural Gas Company LLC
c/o S. James Wallace, P.C.
845 N. Lincoln Avenue
Pittsburgh, PA 15233-1828

End of Label Matrix
Mailable recipients   26
Bypassed recipients    4
Total                 30