IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | | |
| Martha Bell | : | Case No.18-23089GLT |
| | : | Chapter 13 |
| Debtor(s) | : | |
| Martha Bell | : | |
| | : | Related to Document #52 |
| Movant(s) | : | |
| | : | Hearing Date: 6/5/2019 |
| vs. | : | |
| No Respondent Named | : | |
| Respondent(s) | | |

## TRUSTEE'S RESPONSE/OBJECTION TO MOTION TO RECONSIDER DISMISSAL OF CASE (MOTION FOR STAY IN BANKRUPTCY PROCEEDINGS)

Ronda J. Winnecour, Chapter 13 Trustee, by her undersigned counsel, respectfully represents the following:

1. This case was filed on August 2, 2018

2. Ronda J. Winnecour is the Chapter 13 Standing Trustee in this case.

3. The Debtor is an individual currently incarcerated at an institution unknown to the Trustee.

4. The Debtor's case was dismissed on April 11, 2019. Debtor seeks reconsideration of the dismissal order.

5. The Trustee opposes Debtor's request for relief.

6. The Debtor will be incarcerated for the foreseeable future, as she was sentenced to two (2) consecutive five to ten year sentences. Her incarceration renders the plan not feasible, and makes the real property unnecessary for the estate.

7. The Trustee believes and avers that Debtor's social security payments have ceased due to her incarceration.

8.  The Debtor has never made a plan payment. Debtor's inability to manage her own financial affairs, including her assertion that her checking account has been compromised, further supports dismissal of the case.

9.  At the time of case filing, Debtor owed $189,845.12 on a note and mortgage secured by real property worth $200,000.00. The equity is therefore inconsequential. To the extent there is equity, Debtor has willed the property to the estate of her crime victim, a provision mandated by the terms of her plea agreement. Therefore, the property has no value to the bankruptcy estate.

10. The plan is simply not feasible in this case, as the claims – even exclusive of criminal restitution – are too high and income too little.

WHEREFORE, the Trustee requests that Debtor's Motion be denied.

RONDA J. WINNECOUR,
CHAPTER 13 TRUSTEE

Date: 05/15/19            by    __/s/ Jana S. Pail_____
Jana S. Pail - PA I.D. #88910
Attorney for Trustee
US Steel Tower – Suite 3250
600 Grant St.
Pittsburgh, PA  15219
(412) 471-5566
jpail@chapter13trusteewdpa.com

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In re:
Martha Bell                                     :    Case No.18-23089GLT
                                                :    Chapter 13
        Debtor(s)                               :
Martha Bell                                     :
                                                :    Related to Document #52
        Movant(s)                               :
                                                :    Hearing Date: 6/5/2019
vs.                                             :
No Respondent Named                             :
        Respondent(s)

## CERTIFICATE OF SERVICE

I hereby certify that on the 15th of May 2019, I served one true and correct copy of the foregoing document on the following parties in interest by United States first-class mail, postage prepaid, addressed as follows:

Joseph S. Sisca, Esquire
Assistant U.S. Trustee
Suite 970, Liberty Center
1001 Liberty Avenue
Pittsburgh PA.  15222

Rodney Shepherd, Esquire
River Park Commons
2403 Sidney Street Suite 208
Pittsburgh PA 15203

Martha Bell
204 Castle Drive
West Mifflin PA 15122


　　　　　　　　　　　　　　　　　　　　　　_/s/Dianne DeFoor_____
　　　　　　　　　　　　　　　　　　　　　　Office of Chapter 13 Trustee
　　　　　　　　　　　　　　　　　　　　　　US Steel Tower – Suite 3250
　　　　　　　　　　　　　　　　　　　　　　600 Grant Street
　　　　　　　　　　　　　　　　　　　　　　Pittsburgh, PA  15219
　　　　　　　　　　　　　　　　　　　　　　(412) 471-5566
　　　　　　　　　　　　　　　　　　　　　　cmecf@chapter13trusteewdpa.com