IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | | |
| Martha Bell | : | Case No.18-23089GLT |
| | : | Chapter 13 |
| Debtor(s) | : | |
| Martha Bell | : | |
| | : | Related to Document #58 |
| Movant(s) | : | |
| | : | Hearing Date: 6/5/2019 |
| vs. | : | |
| No Respondent Named | : | |
| Respondent(s) | | |

## TRUSTEE'S RESPONSE/OBJECTION TO MOTION FOR AUTOMATIC STAY OF 30 DAYS IN COURT'S DISMISSAL OF CASE

Ronda J. Winnecour, Chapter 13 Trustee, by her undersigned counsel, respectfully represents the following:

1. This case was filed on August 2, 2018

2. Ronda J. Winnecour is the Chapter 13 Standing Trustee in this case.

3. The Debtor is an individual currently incarcerated at an institution unknown to the Trustee.

4. The Debtor's case was dismissed on April 11, 2019. The Debtor seeks a thirty-day stay of that order.

5. The Trustee opposes Debtor's request for relief.

6. The Debtor's Motion is an attempt to hinder and delay her creditors. There is inconsequential equity in the real property and her plan is not feasible.

WHEREFORE, the Trustee requests that Debtor's motion be denied.

                                              RONDA J. WINNECOUR,
                                              CHAPTER 13 TRUSTEE

Date:  05/15/19                 by     /s/ Jana S. Pail_____
                                                  Jana S. Pail - PA I.D. #88910
                                                  Attorney for Trustee
                                                  US Steel Tower – Suite 3250
                                                  600 Grant St.
                                                  Pittsburgh, PA  15219
                                                  (412) 471-5566
                                                  jpail@chapter13trusteewdpa.com

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | | |
| Martha Bell | : | Case No.18-23089GLT |
| | : | Chapter 13 |
| Debtor(s) | : | |
| Martha Bell | : | |
| | : | Related to Document #58 |
| Movant(s) | : | |
| | : | Hearing Date: 6/5/2019 |
| vs. | : | |
| No Respondent Named | : | |
| Respondent(s) | | |

### CERTIFICATE OF SERVICE

I hereby certify that on the 15th of May 2019, I served one true and correct copy of the foregoing document on the following parties in interest by United States first-class mail, postage prepaid, addressed as follows:

Joseph S. Sisca, Esquire
Assistant U.S. Trustee
Suite 970, Liberty Center
1001 Liberty Avenue
Pittsburgh PA.  15222

Rodney Shepherd, Esquire
River Park Commons
2403 Sidney Street Suite 208
Pittsburgh PA 15203

Martha Bell
204 Castle Drive
West Mifflin PA 15122

                                            _/s/Dianne DeFoor_____
Office of Chapter 13 Trustee
US Steel Tower – Suite 3250
600 Grant Street
Pittsburgh, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com