Case 18-23089-GLT    Doc 76    Filed 05/18/19    Entered 05/19/19 00:45:32    Desc Imaged
Certificate of Notice    Page 1 of 5

FILED
5/16/19 3:33 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA

Martha Bell, debtor
Petitioner - Appellant

v.

Ronda J. Winnecour
Bankruptcy Trustee
Respondent - Appellee

19-mc-____

Case No. 18-23689 GLT

## ORDER

On This The **16TH** day of **May** 2019

the Motion To Extend Time To File Appeal from Bankruptcy Court Decision To Dismiss Case No. 18-23089-GLT is hereby **referred back to the Bankruptcy Court for this District for action upon this Motion/request.**

_____
The Honorable Judge HORNAK

RECEIVED
MAY 14 2019
CLERK, U.S. DISTRICT COURT
WEST. DIST. OF PENNSYLVANIA

In The

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Martha Bell, debtor<br>Petitioner - Appellant<br>v.<br>Ronda J. Winnecour,<br>Bankruptcy Trustee<br>Respondent - Appellee | Case No. 18-23089-GLT |

Motion To Extend Time To File Appeal
From Bankruptcy Court Decision
To Dismiss Case No 18-23089-GLT

AND NOW COMES Martha Bell, Debtor Pro Se who is elderly, and disabled and who has no legal experience or law schooling and cannot ask for help per Pa. DOC DC Adm 007 Policy which forbids law clerks/details to assist with any legal work including appeals and I have to wait to be scheduled because the library only allows appointments and is often closed. Therefore, I pray for a delay in time for appealing the decision of the Bankruptcy Court to dismiss my Chapter 13 Bankruptcy Case. The decision was filed on April 12, 2019. As of this date I have not received my case file from my Bankruptcy Attorney Rodney Shepherd who does not file appeals. Respectfully submitted under penalty of perjury This 8th day of May 2019.

Martha Bell PRO SE PB014
SCI Muncy
P.O. Box 180
Muncy, Pa. 17756

IN THE UNITED STATES DISTRICT COURT OF WESTERN DISTRICT OF PENNSYLVANIA

Martha Bell, debtor
Petitioner - Appellant

v.

Ronda J Winnecour
Bankruptcy Trustee
Respondent - Appellee

Case No 18-23089-GLT

Motion To Extend Time To File Appeal From Bankruptcy Court Decision To Dismiss Case No. 18-23089-GLT

## Proof of Service

I, Martha Bell debtor filing Pro Se hereby certify that on this day the Notice of the Motion To Extend Time To File Appeal was served upon the following persons, by regular U.S. Postal Mail per The Mail Box Rule to:

The Honorable Gregory L. Taddonio
5490 U.S. Steel Tower
600 Grant Street
Pittsburgh, Pa. 15219

Ronda J. Winnecour
Suite 3250 USX Tower
600 Grant Street
Pittsburgh, Pa. 15219

Martha Bell, Pro Se
Martha Bell PB0149
P.O. Box 180
SCI Muncy
Muncy, Pa. 17756

Date: May 8, 2019

Smart Communications/PADOC
SCI- MUNCY
Name Martha Bell
Number PB0149
PO Box 33028
St Petersburg FL 33733

RETURN RECEIPT REQUESTED

Attention Robert V. Barth, Jr.

CERTIFIED MAIL
7016 0340 0001 0587 5874

U.S. District Court
Western District of Pa
Clerk of Courts Room No 3110
U.S. Post Office and Courthouse
700 Grant Street
Pittsburgh, PA, 15219

INMATE MAIL-PA
DEPT OF CORRECTIONS



U.S. POSTAGE >> PITNEY BOWES
ZIP 17756 $ 006.80
0001392815 MAY 09 2019

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                  Case No. 18-23089-GLT
Martha Bell                                                             Chapter 13
      Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2          User: lkat                Page 1 of 1            Date Rcvd: May 16, 2019
                              Form ID: pdf900           Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 18, 2019.
db              +Martha Bell,   204 Castle Drive,   West Mifflin, PA 15122-2931

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 18, 2019                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 16, 2019 at the address(es) listed below:
      James Warmbrodt    on behalf of Creditor    Cenlar FSB as servicer for LOANDEPOT.COM, LLC
       bkgroup@kmllawgroup.com
      Keri P. Ebeck    on behalf of Creditor    Duquesne Light Company kebeck@bernsteinlaw.com,
       jbluemle@bernsteinlaw.com
      Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
      Rodney D. Shepherd    on behalf of Debtor Martha  Bell rodsheph@cs.com
      Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
      S. James Wallace    on behalf of Creditor    Peoples Natural Gas Company LLC sjw@sjwpgh.com,
       Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com
                                                                                                   TOTAL: 6