FILED
5/16/19 3:33 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA

Martha Bell, debtor
Petitioner - Appellant

v.

Ronda J. Winnecour
Bankruptcy Trustee
Respondent - Appellee

19-mc-___

Case No. 18-23089 GLT

## ORDER

On this the 16TH day of May 2019

the Motion To Extend Time To File Appeal from Bankruptcy Court Decision To Dismiss Case No. 18-23089-GLT is hereby referred back to the Bankruptcy Court for this District for action upon this Motion/request.

The Honorable Judge HORNAK

RECEIVED
MAY 14 2019
CLERK, U.S. DISTRICT COURT
WEST. DIST. OF PENNSYLVANIA

IN THE

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF PENNSYLVANIA

Martha Bell, debtor
Petitioner - Appellant
v.
Ronda J. Winnecour,
Bankruptcy Trustee
Respondent - Appellee

Case No. 18-23089-GLT

## Motion To Extend Time To File Appeal From Bankruptcy Court Decision To Dismiss Case No 18-23089-GLT

AND NOW COMES Martha Bell, Debtor Pro Se who is elderly, and disabled and who has no legal experience or Law schooling and cannot ask for help per Pa. DOC DC Adm 007 Policy which forbids Law clerks/details to assist with any legal work including appeals and I have to wait to be scheduled because the library only allows appointments and is often closed. Therefore, I pray for a delay in time for appealing the decision of the Bankruptcy Court to dismiss my Chapter 13 Bankruptcy Case. The decision was filed on April 12, 2019. As of this date I have not received my case file from my Bankruptcy Attorney Rodney Shepherd who does not file appeals. Respectfully submitted under penalty of perjury this 8th day of May 2019.

Martha Bell PRO SE PB014
SCI Muncy
P.O. Box 180
Muncy, Pa. 17756

IN THE UNITED STATES DISTRICT COURT OF WESTERN DISTRICT OF PENNSYLVANIA

Martha Bell, debtor  
Petitioner - Appellant  

v.  

Ronda J Winnecour  
Bankruptcy Trustee  
Respondent - Appellee  

Case No 18-23089-GLT

Motion To Extend Time To File Appeal From Bankruptcy Court Decision To Dismiss Case No. 18-23089-GLT

## Proof Of Service

I, Martha Bell debtor filing Pro Se hereby certify that on this day the Notice of the Motion To Extend Time To File Appeal was served upon the following persons, by regular U.S. Postal Mail per The Mail Box Rule to:

The Honorable Gregory L. Taddonio  
5490 U.S. Steel Tower  
600 Grant Street  
Pittsburgh, Pa. 15219  

Ronda J. Winnecour  
Suite 3250 USX Tower  
600 Grant Street  
Pittsburgh, Pa. 15219  

Date: May 8, 2019

Martha Bell, Pro Se  
Martha Bell PB0149  
P.O. Box 180  
SCI Muncy  
Muncy, Pa. 17756

Smart Communications/PADOC
SCI- MUNCY
Name Martha Bell
Number PB0149
PO Box 33028
St Petersburg FL 33733

RETURN RECEIPT REQUESTED

CERTIFIED MAIL
7016 0340 0001 0587 5874

U.S. District Court
Western District of Pa
Clerk of Courts  Room No 3110
U.S. Post Office and Courthouse
700 Grant Street
Pittsburgh, PA, 15219

Attention: Robert V. Barth, Jr.

INMATE MAIL-PA
DEPT OF CORRECTIONS



U.S. POSTAGE >> PITNEY BOWES
ZIP 17756  $ 006.80
02 1W
0001392815 MAY 09. 2019



RETURN RECEIPT REQUESTED

**Notice Recipients**

| | | |
|---|---|---|
| District/Off: 0315−2 | User: lkat | Date Created: 5/16/2019 |
| Case: 18−23089−GLT | Form ID: pdf900 | Total: 4 |

**Recipients of Notice of Electronic Filing:**
ust    Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
tr     Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
aty    Rodney D. Shepherd    rodsheph@cs.com

TOTAL: 3

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db     Martha Bell    204 Castle Drive    West Mifflin, PA 15122

TOTAL: 1

```
                         United States Bankruptcy Court
                         Western District of Pennsylvania
```

In re:                                                           Case No. 18-23089-GLT
Martha Bell                                                      Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-2           User: lkat                  Page 1 of 1           Date Rcvd: May 20, 2019
                               Form ID: pdf900             Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 22, 2019.
              +Martha Bell,    PB0149,    SCI Muncy,    P.O. Box 180,    Muncy, PA 17756-0180
              +Martha Bell,    SCI-MUNCY,    Number PB0149,    PO Box 33028,    St. Petersburg, FL 33733-8028

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 22, 2019                                     Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 17, 2019 at the address(es) listed below:
              James Warmbrodt    on behalf of Creditor    Cenlar FSB as servicer for LOANDEPOT.COM, LLC
               bkgroup@kmllawgroup.com
              Keri P. Ebeck    on behalf of Creditor    Duquesne Light Company kebeck@bernsteinlaw.com,
               jbluemle@bernsteinlaw.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Rodney D. Shepherd    on behalf of Debtor Martha  Bell rodsheph@cs.com
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              S. James Wallace    on behalf of Creditor    Peoples Natural Gas Company LLC sjw@sjwpgh.com,
               Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com
                                                                                               TOTAL: 6