FILED
5/17/19 9:03 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUTPCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | Case No. 18-23089-GLT |
| MARTHA BELL, | Chapter 13 |
| *Debtor.* | |
| MARTHA BELL, | Related to Dkt. No. 73 |
| *Movant,* | |
| v. | |
| RONDA J. WINNECOUR, TRUSTEE, | |
| *Respondent.* | |

## ORDER

Presently before the Court is the *Motion to Extend Time to File Appeal* filed by Debtor, Martha Bell.[1] Debtor's motion seeks an extension of time to file an appeal of this Court's April 11, 2019 *Order* dismissing her chapter 13 bankruptcy case, as she is apparently imprisoned and has yet to receive her case file from her bankruptcy counsel.[2]

Debtor had previously filed a *Motion to Reconsider* this same order.[3] The *Motion to Reconsider* was received by the Court on April 22, 2019 and is currently set for a hearing on June 5, 2019. Federal Rule of Bankruptcy Procedure 8002(b)(1) provides that "[i]f a party files in the bankruptcy court any of the following motions . . . the time to file an appeal runs for all parties from the entry of the order disposing of the last such remaining motion." Included among the list

---

[1] Dkt. No. 73

[2] Dkt. No. 50.

[3] Dkt. No. 52.

of motions that toll the appeal period is a motion "for relief under Rule 9024 if the motion is filed within 14 days after the judgment is entered."[4]

In other words, the time to file an appeal is extended by the timely filing of a motion to reconsider, such as the one filed by Debtor here. Since the time to file an appeal has not passed, and seemingly will not pass until at least June 5, 2019, there is no basis for the *Motion to Extend Time to File Appeal* currently before the Court. When the relief sought by a motion is unnecessary because it has already been obtained, such motions are properly considered to be moot.

Based upon the foregoing, it is hereby **ORDERED, ADJUDGED,** and **DECREED**, that:

1. The *Motion to Extend Time to File Appeal* [Dkt. No. 73] filed by Debtor is **DENIED** as moot.

Dated: May 17, 2019

GREGORY L. TADDONIO
UNITED STATES BANKRUTPCY JUDGE

Case Administrator to Mail to:
Debtor
Rodney D. Shepherd, Esq.
Ronda J. Winnecour, Esq.
Office of the U.S. Trustee

---

[4] F.R.B.P. 8002(b)(1)(B).

United States Bankruptcy Court<br>Western District of Pennsylvania

In re:                                                                  Case No. 18-23089-GLT
Martha Bell                                                             Chapter 13
     Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-2        User: lkat            Page 1 of 1           Date Rcvd: May 20, 2019
                            Form ID: pdf900       Total Noticed: 3

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 22, 2019.
db          +Martha Bell,    204 Castle Drive,    West Mifflin, PA 15122-2931
            +Martha Bell,    PB0149,   SCI Muncy,   P.O. Box 180,    Muncy, PA 17756-0180
            +Martha Bell,    SCI-MUNCY,   Number PB0149,   PO Box 33028,    St. Petersburg, FL 33733-8028

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

      ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 22, 2019                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 17, 2019 at the address(es) listed below:
      James Warmbrodt    on behalf of Creditor    Cenlar FSB as servicer for LOANDEPOT.COM, LLC
       bkgroup@kmllawgroup.com
      Keri P. Ebeck    on behalf of Creditor    Duquesne Light Company kebeck@bernsteinlaw.com,
       jbluemle@bernsteinlaw.com
      Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
      Rodney D. Shepherd    on behalf of Debtor Martha  Bell rodsheph@cs.com
      Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
      S. James Wallace    on behalf of Creditor    Peoples Natural Gas Company LLC sjw@sjwpgh.com,
       Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com
                                                                                                   TOTAL: 6