UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

```
IN RE: MARTHA BELL AKA     ) Bank. No. 18-23089 GLT
       MARTHA A. FENCHAK   )
       BELL,               )
          Debtor.          ) Chapter 13
                           )
       MARTHA BELL AKA     )
       MARTHA A. FENCHAK   ) Docket No. 80
       BELL,               ) Related to Docket No. 58
                           )
          vs.              ) Hearing Date & Time: 6/5/2019
                           )                at 11:00 a.m.
                           )
       NO RESPONDENTS.     )
```

ORDER OF COURT

AND NOW, to-wit, this _____ day of _____, 2019, it is hereby ORDERED, ADJUDGED and DECREED that the the Dismissal Order shall be vacated and the automatic stay reinstated to permit the Debtor to present evidence that there are sufficient assets to complete the Chapter 13 Bankruptcy.

BY THE COURT:

_____
GREGORY L. TADONNIO
UNITED STATES BANKRUPTCY COURT