# UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: FRANK N. DESTEFANO, | ) Bankruptcy No. 19-21133 GLT |
| | ) |
| Debtor. | ) Chapter 13 |
| | ) |
| FRANK N. DESTEFANO, | ) Docket No. 38 |
| | ) Related to Docket No. 35 |
| Movant. | ) |
| | ) Hearing Date & Time: |
| vs. | ) |
| | ) |
| NO RESPONDENTS. | ) |

## STATUS REPORT

Debtor delivered a check in the amount of $310.00 to counsel's office on May 29, 2019. Said fee has been mailed to the Bankruptcy Clerk's Office for the payment of the filing fee. An Amended Plan will be filed that has a monthly payment of $950.00. This is a lower payment from the previous plan, as the mortgage arrears are not being included since debtor will be seeking a loan modification. Debtor has been unable to make any payments up to this point, but a wage attachment will be put in place for the $950.00.

Respectfully submitted,

/s/ Rodney D. Shepherd
Rodney D. Shepherd, Esquire
Debtor's Attorney
PA I.D. No. 56914
rodsheph@cs.com

2403 Sidney Street, Suite 208
Pittsburgh, PA 15203
(412) 471-9670