UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: MARTHA BELL AKA MARTHA A. FENCHAK BELL, Debtor. | ) Bank. No. 18-23089 GLT ) ) ) Chapter 13 ) |
| MARTHA BELL AKA MARTHA A. FENCHAK BELL, vs. NO RESPONDENTS. | ) ) Docket No. 83 ) Related to Docket No. 52 ) ) Hearing Date & Time: 6/5/2019 )                       at 11:00 a.m. ) ) |

ORDER OF COURT

AND NOW, to-wit, this _____ day of _____, 2019, it is hereby ORDERED, ADJUDGED and DECREED that the the Order dismissing the case is vacated and the Debtor shall be permitted to continue in Chapter 13 Bankruptcy and afforded the opportunity to complete her Chapter 13 Plan.

BY THE COURT:

_____
GREGORY L. TADONNIO
UNITED STATES BANKRUPTCY COURT