IN THE

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF PENNSYLVANIA

Martha Bell, debtor

Petitioner - Appellant

        v

Ronda J. Winnecoor,

   Bankruptcy Trustee

Respondent - Appellee

Case No. 18-23089-GLT

2019 JUL 10 P 1:53
CLERK
U.S. BANKRUPTCY COURT
PITTSBURGH

## Motion To Appeal Decision of Bankruptcy Court of June 5, 2019 To Dismiss Chapter 13 Bankruptcy Case And To Request a Stay Until Appeal Is Decided

AND NOW COMES Martha Bell, Debtor, Petitioner Pro Se who is elderly, disabled and who has no legal experience or law schooling to petition this Honorable Court to grant the above Motion because she has been denied access to participate in the decision of the Bankruptcy Court because no records including Court decisions/orders have been sent to her either by her Legal Counsel Rodney Shepherd or by the Bankruptcy Court.

Also, the Debtor, petitioner was not afforded the opportunity to testify at the June 5, 2019 hearing even though she had permission to testify via telephone from Deputy Francz at the SCI Muncy where debtor, petitioner is currently incarcerated

1 of 5

She is experiencing a legal disability.
She is at the age of 73 years a victim
of multiple due process violations because
of the actions of judicial bias and
ineffective assistance of counsel.

Petitioner, debtor has been severly
and irreparably harmed by the discriminatory
actions of the Court and her counsel.

She has sufficient equity in her house
Which has been appraised at a minimum of $200,000.00
as of the Bankruptcy Creditors Meeting of December
17, 2018 and also has an appraisal based on
Zillow's calculations of over $220,000.00 She has
cash assets of $35,000.00 held by Patricia Deliman
Who Petitioner, Debtor has asked in her written
Exhibit A attached the Court to compel her to
Turn the funds over to the Trustee. Petitioner,
Debtor also has a $11,000.00 outstanding loan
owed to her by John Prendergast M.D. and
Which has been served a demand letter, as
well as $30,000.00 due to her by the Social Security
Administration which is the back payments of her
Social Security Retirement Benefits.

Loandepot.com, The creditor will not be
adversely affected by the Bankruptcy Proceeding

continuing with the stay in place based on the Court seriously considering the contents presented in Exhibit A.

Martha Bell, petitioner, debtor is sending a copy of her written statement to the Bankruptcy Court which she was denied to present verbally because she was not called by the Bankruptcy Court even though she participated by telephone in the Creditor's Meeting on December 17, 2018. She sent this written statement by Certified mail return receipt dated June 2nd 2019 to the Bankruptcy Court after Attorney Rodney Shepherd informed her that he was informing the Court that he was withdrawing his appearance informing her not to contact him again. He never sent her as verified by The Prison Mail Room her file, made any motions to compel Patricia Deliman to turn over the $33,000.00 to the Court or hold her in contempt. He never contacted The Social Security Office on my behalf to secure my Social Security Retirement Funds as directed by the Commissioner

3 of 5

the Social Security Administration, Nancy A. Berryhill who I petitioned to in Washington D.C. per her ability to pay my benefits that have been withheld pursuant to Clause (v) of Title 42 Chapter 7 § 407 (v)(1)(A) Per (B)(iv)(II). Her office contacted him and told him to contact my Social Security Office in McKeesport, Pennsylvania, on my behalf.

Petitioner, debtor has never received anything which she can refer to in this appeal to further reinforce her petition in violation of her due process rights. She is being denied access to the courts. She is being descriminated against because of her age, disabilities both physical, mental and legal as well as her sex/gender. Because of all of these violations of her civil rights afforded to her by the U.S. Constitution she prays that this district court will grant her stay and appeal and reverse the dismissal of her Chapter 13 Bankruptcy case and reinstate this stay order to save her home as she will be homeless with a Sheriff Sale scheduled for Sept. 3, 2019.

4 of 5

The debtor, petitioner Martha Bell avers that the contents of this petition and the attached exhibit [Exhibit A] is true and correct under penalty of pungery. Submitted This 2ND day of July 2019.

Respectifully,

Martha Bell, PRO SE
Martha Bell PB0149
SCI MUNCY
P.O. Box 180
MUNCY, PA. 17756

5 of 5

Statement of Martha Bell Before the
Bankruptcy Court Scheduled For June 5
11 a.m.

Case No. 18-23089-GLT

Your Honor, I am approaching This Honorable
Court to ask That you reconsider your ruling to
dismiss my Chapter 13 Bankruptcy Petition
because of The following reasons:

1) I am under a Legal disability because
of my incarceration because of an alleged violation
of my probation on a case occuring in October
of 2004. I have appealed this incarceration
because my probation was completed 4 years prior
to my GAG II hearing of June 8, 2018.

2) Because of my incarceration I appointed
Patricia M. Deliman of 116 Morningstar Drive,
Belle Vernon, Pa. 15012 as my power of attorney
and to interact with Rodney Shepherd my
Bankruptcy Attorney. As of Today's date she
has not responded To inquiries as to the
Location of the funds which she was to pay
to the Bankruptcy Court for the mortgage
on my house located at 204 Castle Drive
West Mifflin Pa. 15122. The amount she was
responsible for was

Exhibit A

approximately $33,000⁰⁰ – Social Security Retirement Funds from 1ˢᵗ Commonwealth Bank Located in Pittsburgh, Pa and my pension funds Located at CASHNET which is a debit card account. These pension funds are from my years as an educator with the Pennsylvania School System. Ms. Delimian informed me as well as attorney Rodney Shepherd that she was arranging to turn the funds over to LOANDEPOT thru Attorney Shepherd. This never occurred. Attorney Shepherd has a copy of her withdrawal of my funds from the 1ˢᵗ Commonwealth Bank leaving only $0.48. I have written to CASHNET inquiring about these funds and as of this date I have not had a response. I have also filed a Police Report that has been turned over to the D.A.'s office who has turned it over to the Attorney General's Office of Pennsylvania Ms. Delimian either has these funds on her or has misappropriated These funds and has committed fraud on the Court and I am making a motion at this time that this Honorable Court order her to turn over books, records, and accounting and funds that she has held as my power of attorney in this Bankruptcy Case and if she refuses to comply to hold her in contempt of Court and award damages equal to the amount of actual loss sustained including attorney fees and costs as this is a core proceeding.

3) I, in my petition to the Court which was received by the Court as of April 22, 2019 as a motion for reconsideration states the facts that I have the ability to be in compliance with the payments thru the funds due and owing to me from John Prendergast M.D. in the amount of $11,000⁰⁰ and is anticipating that his check in this obligation will be satisfied.

Also, I have appealed the suspension of my Social Security Retirement Benefit Funds from March 2018 Thru the present date amounting to $30,000⁰⁰ and have requested that per $1305 to have my benefits continue until I receive a hearing.

Likewise, these funds are not being used for incarceration as ruled upon by the United States Supreme Court decision in Bennett v Arkansas 485 US 395, 99 L.Ed 2d 455, 108 S.Ct. 1204 Decided March 29, 1988.

I have also contacted Social Security Commissioner Nancy A. Berryhill to, for good cause shown based on mitigating circumstances, pay the individual benefits that have been withheld pursuant to clause (v) of title 42 Chapter 7 § 402 (v) (i) (A) per (B) (iv) (II)

4 of 4

I am now receiving my Teacher's pension in the amount of $702.00 at the prison each month and have these funds to pledge to the payment plan.

My criminal attorney Christine Selden from the Public Defender's Appellate Division has appealed for me to be released on "Bail Pending Appeal" as I should not be incarcerated on a conviction whose probation ended over 5 years ago as of today's date.

4) In conclusion, I have asked for my case file from Attorney Shephard and as of this date I have never received this file so I am prejudiced in being able to respond specifically nor to present various exhibits I referred to in my Motion for reconsideration of April 23, 2019. Also, If my Bankruptcy is dismissed I am 73 years of age disabled and will be homeless and will lose various invaluable evidence relating to legal matters. If the Bankruptcy is continued the creditor LOANDEPOT will not be adversely affected as the mortgage is 1$153,000.00 and the house has been conservatively appraised at $200,000.00. There is enough equity in the house to give the mortgage company the assurance of getting their investment repaid. Also, the Federal Government gives Mortgage Companies Tax Credit for Loans in default. In conclusion I pray this Honorable Court Grant my Petition to continue my Bankruptcy and if necessary Grant my motion to have me testify by Telephone    Respectfully submitted    Marilyn Bell

IN THE UNITED STATES DISTRICT

COURT OF THE WESTERN DISTRICT

OF PENNSYLVANIA

Martha Bell, debtor

Petitioner - Appellant                    Case No. 18-23089 GLT

            V

Ronda J. Winnecour

Bankruptcy Trustee

Respondent - Appellee

## ORDER

On this the ___ day of ___ 2019
The Motion To Appeal Decision of Bankruptcy
Court of June 5, 2019 To Dismiss Chapter 13
Bankruptcy Case And to Request a Stay
Until Appeal Is Decided in Case No.
18-23089-GLT is hereby _____

_____

_____


_____

The Honorable Judge

IN THE UNITED STATES BANKRUPTCY COURT

OF THE WESTERN DISTRICT OF

PENNSYLVANIA

Martha Bell, debtor                    Case No. 18-23089-GLT
Petitioner - Appellant

v

Ronda J. Winnecour
Bankruptcy Trustee
Respondent - Appellee

Motion To Appeal Decision of Bankruptcy Court
of June 5, 2019 To Dismiss Chapter 13 Bankruptcy
Case and to Request a Stay Unitil Appeal Is Decided

## Proof OF SERVICE

I, Martha Bell, debtor, petitioner filing Pro se hereby certify
that on this day The above Motion was served upon
the following persons by notice thru the U.S. Postal Mail
per the Mail Box Rule to!

The Honorable Gregory L. Taddonas          Ronda J. Winnecour
5490 U.S. Steel Tower                      Suite 3250 USX Tower
600 Grant Street                           600 Grant Street
Pittsburgh, PA. 15219                      Pittsburgh, PA 15219

                 Rodney Shepherd, Esquire
                 2403 Sidney Street Suite 201
                 Pittsburgh, PA 15203

Date: July 2, 2019

                                   Martha Bell Pro se
                                   Martha Bell PB0148
                                   SCI Muncy
                                   P.O. Box 180
                                   Muncy, PA. 17256

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                    Case No. 18-23089-GLT
Martha Bell                                                               Chapter 13
         Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-2          User: lfin           Page 1 of 1            Date Rcvd: Jul 10, 2019
                             Form ID: pdf900       Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 12, 2019.
db            +Martha Bell,    204 Castle Drive,    West Mifflin, PA 15122-2931

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                        TOTAL: 0

         ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 12, 2019                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 10, 2019 at the address(es) listed below:
          James  Warmbrodt   on behalf of Creditor    Cenlar FSB as servicer for LOANDEPOT.COM, LLC
           bkgroup@kmllawgroup.com
          Keri P. Ebeck    on behalf of Creditor    Duquesne Light Company kebeck@bernsteinlaw.com,
           jbluemle@bernsteinlaw.com
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          Rodney D. Shepherd   on behalf of Debtor Martha  Bell rodsheph@cs.com
          Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
          S. James Wallace   on behalf of Creditor    Peoples Natural Gas Company LLC sjw@sjwpgh.com,
           Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com
                                                                                            TOTAL: 6