IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:  :
 : Case No. 18-23089 GLT
Martha Bell :
 : Chapter 13
     *Debtor(s)* :
 :
 :

## REQUEST FOR A REVISED NOTICE OF APPEAL

    The Notice of Appeal you filed on the 10th day of JULY, 2019, does not comply with Bankruptcy Rule 8001(a). The Notice of Appeal must contain the names of all parties to the judgment, order of decree appealed from and to include the telephone numbers of their respective attorneys.

    You should immediately file a revised Notice of Appeal which includes all the information required in Bankruptcy Rule 8001(a). Please specify in your cover letter and on the Notice that it is a revised Notice of Appeal.

                                               Michael R. Rhodes, Clerk
                                               U.S. Bankruptcy Court
                                               5414 US Steel Tower
                                               600 Grant Street
                                               Pittsburgh, PA  15219

July 10, 2019                                    By: _____Lylenn Fox_____
                                                                                 Deputy Clerk

#20c-I

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                Case No. 18-23089-GLT
Martha Bell                                                           Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-2          User: lfin              Page 1 of 1         Date Rcvd: Jul 10, 2019
                              Form ID: pdf900         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 12, 2019.
db             +Martha Bell,   204 Castle Drive,   West Mifflin, PA 15122-2931

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                          TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 12, 2019                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 10, 2019 at the address(es) listed below:
              James Warmbrodt    on behalf of Creditor    Cenlar FSB as servicer for LOANDEPOT.COM, LLC
               bkgroup@kmllawgroup.com
              Keri P. Ebeck    on behalf of Creditor    Duquesne Light Company kebeck@bernsteinlaw.com,
               jbluemle@bernsteinlaw.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Rodney D. Shepherd    on behalf of Debtor Martha   Bell rodsheph@cs.com
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              S. James Wallace    on behalf of Creditor    Peoples Natural Gas Company LLC sjw@sjwpgh.com,
               Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com
                                                                                             TOTAL: 6