**UNITED STATES BANKRUPTCY COURT**
**OFFICE OF THE CLERK**
**WESTERN DISTRICT OF PENNSYLVANIA**
5414 U.S. Steel Tower
600 Grant Street
Pittsburgh, PA 15219

Telephone (412) 644-4052
MICHAEL R. RHODES
CLERK OF COURT

Re: Martha Bell, Bankruptcy Case No. 18-23089 GLT

TO: PARTIES OF RECORD AND/OR THEIR COUNSEL:

Pursuant to Federal Rule of Bankruptcy Procedure 8003, notice is hereby given that an appeal was filed on JULY 10, 2019 in the above-referenced case. A copy of the notice of appeal is enclosed. The parties are directed to comply with Federal Rule of Bankruptcy Procedure 8009 regarding the filing of their designations of the record to be included in the record on appeal and their statements of issues to be presented.

A copy of the Transcript Order form (Form AO 435) can be found on the Court's Website at http://www.pawb.uscourts.gov/miscellaneous-forms, or you can request a form by calling (412) 644-2700. This form should be used for any hearing that has been electronically recorded in the Bankruptcy Court. The court reporter will have to be contacted for any hearings not electronically reproduced.

A copy of the docket sheet can be viewed on PACER or at the Clerk's Office. A copy of the docket can be purchased by calling the Bankruptcy Court Clerk's Office at (412) 644-2700. The designation of record should indicate the specific documents you wish to have included in the record on appeal. Indicate the document number for each document in your designation. Paper copies of the designated documents should not be submitted to the Clerk. The Bankruptcy Court will not transmit to the District Court paper copies of documents listed on designations of the record on appeal pursuant to District Court Miscellaneous Order No. 12-284.

Finally, your attention is directed to W.PA.LBR 8007-1, "Appeal to the District Court from the Bankruptcy Court," which requires the Clerk of the Bankruptcy Court to transmit to the District Court a partial record on appeal, after fourteen days notice, if the appellant fails to designate a record on appeal or otherwise fails to comply with Federal Rule of Bankruptcy Procedure 8009. Failure to comply may result in dismissal of the appeal.

Michael R. Rhodes
Clerk, U.S. Bankruptcy Court

Dated: July 10, 2019            By: _____Lylenn Fox_____
                                          Deputy Clerk

Enclosures

*A copy of the Notice of Appeal has been transmitted to the U.S. Trustee
in compliance with Federal Rule of Bankruptcy Procedure 8004.*

#3j-D

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                    Case No. 18-23089-GLT
Martha Bell                                                               Chapter 13
      Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2      User: lfin      Page 1 of 1      Date Rcvd: Jul 10, 2019
                     Form ID: pdf900      Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 12, 2019.
db          +Martha Bell,   204 Castle Drive,   West Mifflin, PA 15122-2931

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                            TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 12, 2019                                        Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 10, 2019 at the address(es) listed below:
          James Warmbrodt    on behalf of Creditor    Cenlar FSB as servicer for LOANDEPOT.COM, LLC bkgroup@kmllawgroup.com
          Keri P. Ebeck    on behalf of Creditor    Duquesne Light Company kebeck@bernsteinlaw.com, jbluemle@bernsteinlaw.com
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          Rodney D. Shepherd    on behalf of Debtor Martha Bell rodsheph@cs.com
          Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
          S. James Wallace    on behalf of Creditor    Peoples Natural Gas Company LLC sjw@sjwpgh.com, Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com
                                                                                                                                TOTAL: 6