**UNITED STATES BANKRUPTCY COURT**
**OFFICE OF THE CLERK**
**WESTERN DISTRICT OF PENNSYLVANIA**
Suite 5414 U.S. Steel Tower
600 Grant Street
Pittsburgh, Pennsylvania 15219-2801
Telephone (412) 644-2700

MICHAEL R. RHODES
CLERK OF COURT

Date: August 13, 2019

Re: Martha Bell
Bankruptcy No. 18-23089 GLT

Dear Appellant:

Your Revised Notice of Appeal was filed on August 13, 2019, and you are directed to comply with the following:

- ☒ Pay the $293.00 filing fee by 28 U.S.C. §1930(b).

- ☒ Pay the $5.00 filing fee prescribed by 28 U.S.C. §1930(c).

- ☒ Fill out and return the enclosed Appeal Cover Sheet for the District Court.

Sincerely,

Michael R. Rhodes
Clerk, U.S. Bankruptcy Court

By: _____Lylenn Fox_____
Deputy Clerk

#13e-I