# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF PENNSYLVANIA

Martha Bell, debtor
Petitioner - Appellant

v

Ronda J. Winnecoor
Bankruptcy Trustee
Respondent - Appellee

Case No. 18-23089-GLT

## Request For A Revised Notice of Appeal of Decision of Bankruptcy Court of June 5, 2019 to Dismiss Chapter 13 Bankruptcy Case And To Request a Stay Until Appeal Is Decided

1) AND NOW COMES Martha Bell, Debtor, Petitioner-Appellant Pro Se who is elderly, disabled and who has no legal experience or Law schooling to petition this Honorable Court to grant the above Motion because she has been denied due process by not being able to participate in the decision of the Bankruptcy Court to dismiss her Chapter 13 Bankruptcy Case Because she has not received any court records, court decisions and Bankruptcy forms from the Court or from her legal Counsel Rodney Shepherd.

1 of 4

2) The parties to these proceedings are:

Creditor: Loan Depot.com LLC
425 Phillips Blvd
Ewing, New Jersey 08618
Telephone No. (609) 883-3900

Bankruptcy Judge: The Honorable Gregory L. Taddonio
5490 U.S. Steel Tower
600 Grant Street
Pittsburgh, PA. 15219
Telephone No. (412) 471-5871

Bankruptcy Trustee: Ronda J. Winnecour
Suite 3250 USX Tower
600 Grant Street
Pittsburgh, PA. 15219
Telephone No. (412) 471-5566

Bankruptcy Attorney for Debtor: Rodney Shepherd Esq.
River Park Commons
2403 Sidney Street Suite 208
Pittsburgh, PA 15203
Telephone No. (412) 471-9670

3) As noted in Federal Rules of Bankruptcy Proceedure 9013 and In re Revel. AC Inc 802 F 3d 558, 576 (3d Cir 2015) To obtain a stay pending appeal a movant must demonstrate all of the 4 following elements.
① It is likely to succeed on the merits
② that irreparable harm will occur in the absence of a stay
③ that granting the stay will not result in greater harm to the parties
④ the public interest favors a stay

① Debtor, Petitioner, Appellant avers that the appeal will succeed on the merits since she has the necessary funds to maintain compliance with mortgage payments because of receiving her pension payments, the repayment of the funds owed to her by John Prendergast, M.D. the repayment of the Social Security Retirement Back Payments, the filing of a criminal complaint by the D.A. to the Attorney General's office compelling Patricia Deliman to return to the Bankruptcy Court the $30,000.00 back payments she held as Power Of Attorney for Martha Bell which were to be used as decided by the Court. Also, the filing fee was paid to the Bankruptcy Court in full by Attorney Rodney Shephard in the Fall of 2018.

② Irreparable harm will occur to the Debtor, Petitioner, Appellant in the absence of a stay as she is in poor health, 73 years of age has no relatives and has lived and owned her house at 204 Castle Drive West Mifflin, PA. 15122 for over 53 years. She is handicapped physically and by her incarceration and the victim of a predatory loan of which she has filed suit against LOANDEPOT.COM LLC both in Federal and State Courts.

③ LOANDEPOT.COM LLC as a multi-billion dollar industry will not as a result of the stay be harmed. The loan was for $151,000.00, the current value of the home is over $212,000.00 and the U.S. Government has declared that the average cost of a home 10 years from now will be $500,000.00. So the value of this property will increase significantly with the Predatory Loan environment in existance today the

④ Public interest favors a stay.

3 of 4

4) The Debtor, petitioner, appellant has been severely and irreparably harmed by the discriminatory actions of the Bankruptcy Court and her Bankruptcy Court Attorney by not being afforded the opportunity to testify at the June 5, 2019 hearing even though she had permission to testify via telephone from Deputy Francz at the SCI Muncy where she is currently incarcerated. She was not called by the Bankruptcy Court even though she participated by telephone in the Creditor's Meeting on December 17, 2018. She sent this written statement by Certified Mail Return Receipt dated June 2, 2019 to the Bankruptcy Court after Attorney Rodney Shephend informed her that he was informing the Court that he was withdrawing his appearance informing her not to contact him again. He never sent to her as verified by the Prison Mail Room her file or made any motions to compel Patricia Deliman to turn over the $33,000ºº to the Court or hold her in contempt. She has never received anything which she can refer to in this appeal to further reinforce her petition in violation of her due process rights. She is being denied access to the Courts.

The debtor, petitioner, appellant Martha Bell avers that the contents of this petition and the attached exhibit [EXHIBIT A] is true and correct under penalty of purgery. Submitted this 5th day of August 2019.

Respectfully,
Martha Bell PRO SE

Martha Bell PBO149
SCI MUNCY
P.O. Box 180

Alternate Address:
204 Castle Drive
[illegible], PA 15137

4 of 4

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                  Case No. 18-23089-GLT
Martha Bell                                                             Chapter 13
      Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-2    User: aala              Page 1 of 1              Date Rcvd: Aug 13, 2019
                       Form ID: pdf900          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 15, 2019.
db             +Martha Bell,   204 Castle Drive,   West Mifflin, PA 15122-2931

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                               TOTAL: 0

      ***** BYPASSED RECIPIENTS *****
NONE.                                                                                               TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 15, 2019                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 13, 2019 at the address(es) listed below:
      James Warmbrodt    on behalf of Creditor   Cenlar FSB as servicer for LOANDEPOT.COM, LLC bkgroup@kmllawgroup.com
      Keri P. Ebeck    on behalf of Creditor   Duquesne Light Company kebeck@bernsteinlaw.com, jbluemle@bernsteinlaw.com
      Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
      Rodney D. Shepherd    on behalf of Debtor Martha  Bell rodsheph@cs.com
      Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
      S. James Wallace    on behalf of Creditor   Peoples Natural Gas Company LLC sjw@sjwpgh.com, Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com
                                                                                                                              TOTAL: 6